**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation dba WINR Business Credit,

Plaintiff,

v.

Big Ten Productions, Inc. and Patricia Ann Waters,

Defendants.

01cv1053 (DDA/FLN)

**ORDER**

---

TO: Barbara P. Berens, Esquire, and Erin K. Fogarty Lisle, Esquire, KELLY & BERENS, Attorneys for Plaintiff, 3720 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402

---

It appears that more than 60 days have elapsed since suit was filed and that no appearance has been entered by defendant(s).

The Federal Rules of Civil Procedure and the Local Rules of this district require that an answer or other pleading be filed. The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he is required to make an appearance or move for an extension of time to do so;
2. File an application for entry of default unless the required pleading is filed within 10 days; or
3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

DATED: November 5, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________