UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Winthrop Resources Corporation, d/b/a WINR Business Credit,

Plaintiff,

vs.

Big Ten Productions, Inc., and Patricia Ann Waters,

Defendants.

Case No. 01-CV-1053 DDA/FLN

**ORDER**

---

The above-captioned action came on before the undersigned on plaintiff Winthrop Resources Corporation's motion for entry of default judgment. Based upon the pleadings, files, records and proceedings and arguments of counsel, the Court makes the following:

**ORDER**

1. Plaintiff's motion for entry of default judgment against the Defendants is granted; and

2. Plaintiff is awarded damages of $264,460.56, which amount includes costs of $520.66 and attorneys' fees of $4,212.50 incurred herein, against the Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DEC 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 13 2001
DEPUTY CLERK

Dated: December 13, 2001

BY THE COURT:

Donald D. Alsop
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995