# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
d/b/a WINR Business Credit,

Case No. Civil 01-1053 DDA/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Big Ten Productions, Inc.,
and Patricia Ann Waters,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for entry of default judgment against the defendants is granted; and

Plaintiff is awarded damages of $264,460.56, which amount includes costs of $520.66 and attorneys' fees of $4,212.50 incurred herein, against the defendants.

DATE: December 13, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk